# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nichols, Carl J. | U.S. District Court for the District of Columbia | 10/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ✔ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

333 Constitution Ave., NW
Washington DC 20001

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | WIlmer Cutler Pickering Hale & Dorr LLP ("WilmerHale") |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010 | WilmerHale Defined Benefit Plan; I received a lump-sum distribution from this defined benefit plan after my departure from the firm |
| 2. 2010 | WilmerHale Capital Account; I received my contributed capital, together with accrued interest, at the time of my departure from the firm |
| 3. 2010 | WilmerHale Partnership Share; I received payments representing my partnership shares at the time of my departure |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 10/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | WilmerHale Partnership Income (earned for tax year 2019) | $494,257.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Ashoka (Employee) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 10/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. Bank of America | Mortgage on Rental Property | O |
| 3. Citibank | Loan for WilmerHale Capital Account | K |
| 4. Citibank | Loan for WilmerHale Capital Account | K |
| 5. Citibank | Loan for WilmerHale Capital Account | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 10/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | 4511 Q Place NW, DC 20007 (Rental)<br>[Appraised 5/15/18] | F | Rent | P1 | Q | | | | | |
| 2. | Citibank Checking Account | A | Interest | L | T | | | | | |
| 3. | Citibank Savings Account | D | Interest | N | T | | | | | |
| 4. | Bank of America Checking Account | | None | J | T | | | | | |
| 5. | Merrill Lynch Money Market Account | A | Interest | L | T | | | | | |
| 6. | AXA Equitable Large Cap Value Volatility | | None | K | T | | | | | |
| 7. | AXA Equitable International Core Volatility | | None | K | T | | | | | |
| 8. | AXA Equitable Large Cap Growth | | None | K | T | | | | | |
| 9. | AXA Equitable Moderate Allocation | | None | K | T | | | | | |
| 10. | AXA Equitable 2000 Managed Volatility | | None | K | T | | | | | |
| 11. | ACAP Strategic Fund | D | Dividend | N | T | | | | | |
| 12. | Altegris KKR Commitments Fund | D | Dividend | M | T | | | | | |
| 13. | CPG Carlyle Commitments Fund | E | Dividend | M | T | | | | | |
| 14. | Partners Group Private Equity (Master Fund) | E | Dividend | N | T | | | | | |
| 15. | PMF TEI Fund | B | Dividend | K | T | | | | | |
| 16. | Owl Rock Fund | B | Dividend | N | T | | | | | |
| 17. | WilmerHale Capital Account | E | Interest | | | Redeemed | 06/01/19 | P1 | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nichols, Carl J.** | 10/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WilmerHale Defined Benefit Plan | | None | N | T | | | | | |
| 19. Templeton Global Bond Fund | C | Interest | J | T | | | | | |
| 20. Lord Abbett Short Duration Income Fund | A | Dividend | J | T | | | | | |
| 21. Eaton Vance Floating Rate Fund | A | Dividend | J | T | | | | | |
| 22. Oppenheimer Developing Markets Fund | A | Dividend | J | T | | | | | |
| 23. American New Perspective | A | Dividend | K | T | | | | | |
| 24. MFS Value Fund | A | Dividend | L | T | | | | | |
| 25. Blackrock Age 18 Fund | | None | L | T | | | | | |
| 26. Franklin Templeton Age 18 Fund | | None | M | T | | | | | |
| 27. MFS Age 18 Years Fund | | None | L | T | | | | | |
| 28. Blackrock Age 16 Fund | | None | L | T | | | | | |
| 29. Franklin Templeton Age 16 Fund | | None | M | T | | | | | |
| 30. MFS Age 16 Fund | | None | L | T | | | | | |
| 31. Blackrock Age 8-11 Years Fund | | None | K | T | | | | | |
| 32. Franklin Templeton Age 8-11 Years Fund | | None | K | T | | | | | |
| 33. MFS Age 8-11 Years Fund | | None | K | T | | | | | |
| 34. MainStay MK HY Corp Bond I | A | Dividend | | | Sold | 09/12/19 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nichols, Carl J.** | 10/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   Franklin Emerg Mrkt Debt Opp | A | Dividend | | | Sold | 09/12/19 | K | D | |
| 36.   Dodge & Cox Income Fund | B | Dividend | | | Sold | 09/12/19 | L | E | |
| 37.   Harbor Large Cap Value Inst | A | Dividend | | | Sold | 09/12/19 | L | E | |
| 38.   MFS Value Fund R3 | A | Dividend | | | Sold | 09/12/19 | L | E | |
| 39.   BlackRock Equ Inv Non-Lend M | A | Dividend | | | Sold | 09/12/19 | L | E | |
| 40.   Loomis Sayles Growth Fund N | A | Dividend | | | Sold | 09/12/19 | L | E | |
| 41.   T Rowe Price Real Estate Fund | A | Dividend | | | Sold | 09/12/19 | K | D | |
| 42.   Acadian Emerging Mtks Prt Inst | A | Dividend | | | Sold | 09/12/19 | K | D | |
| 43.   Oakmark International Inv | A | Dividend | | | Sold | 09/12/19 | K | D | |
| 44.   TIAA CRE Intl Equity Idx Inst | B | Dividend | | | Sold | 09/12/19 | K | D | |
| 45.   Altria Group Inc. (MO) | A | Dividend | | | Sold | 01/03/19 | J | A | |
| 46.   Amgen Inc. Common (AMGN) | A | Dividend | | | Sold | 07/26/19 | J | A | |
| 47.   American Elec. Power Co. (AEP) | A | Dividend | | | Sold | 09/26/19 | J | B | |
| 48.   Astrazeneca PLC Spnd ADR (AZP) | | None | | | Sold | 01/22/19 | J | A | |
| 49.   AT&T Inc. (T) | A | Dividend | | | Sold | 03/21/19 | J | A | |
| 50.   BB&T Corp (BBT) | | None | | | Sold | 01/10/19 | J | A | |
| 51.   Boeing Company (BA) | A | Dividend | | | Sold | 03/21/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nichols, Carl J.** | 10/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  C.H. Robinson Worldwide (CHRW) | | None | | | Sold | 01/03/19 | J | A | |
| 53.  Carnival Corp Paired SHS (CCL) | A | Dividend | | | Sold | 05/02/19 | J | A | |
| 54.  Cisco Systems Inc. Common (CSCO) | A | Dividend | | | Sold | 05/02/19 | J | B | |
| 55.  CME Group Inc. (CME) | | None | | | Sold | 01/09/19 | J | B | |
| 56.  Coca Cola Common (KO) | | None | | | Sold | 01/09/19 | J | A | |
| 57.  Digital Rlty Tr Inc. (DLR) | | None | | | Sold | 01/22/19 | J | A | |
| 58.  Emerson Elec Co (EMR) | A | Dividend | | | Sold | 10/14/19 | J | A | |
| 59.  JP Morgan Chase & Co. (JPM) | A | Dividend | | | Sold | 07/26/19 | J | B | |
| 60.  Lockheed Martin Corp. (LMT) | A | Dividend | | | Sold | 08/15/19 | J | A | |
| 61.  McDonalds Corp. Common (MCD) | | None | | | Sold | 03/18/19 | J | B | |
| 62.  Merck and Co. Inc. (MRK) | A | Dividend | | | Sold | 07/26/19 | J | B | |
| 63.  Paychex Inc. (PAYX) | | None | | | Sold | 03/21/19 | J | A | |
| 64.  Pfizer Inc.(PFE) | | None | | | Sold | 03/21/19 | J | A | |
| 65.  Procter & Gamble (PG) | | None | | | Sold | 03/21/19 | J | B | |
| 66.  Royal Dutch Shell PLC (RDSB) | A | Dividend | | | Sold | 10/14/19 | J | A | |
| 67.  Target Corp. (TGT) | A | Dividend | | | Sold | 09/26/19 | J | B | |
| 68.  Texas Instruments (TXN) | | None | | | Sold | 01/03/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nichols, Carl J.** | 10/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   Tiffany & Co. (TIF) | A | Dividend | | | Sold | 10/14/19 | J | A | |
| 70.   Toronto Dominion Bank (TD) | A | Dividend | | | Sold | 08/14/19 | J | A | |
| 71.   Union Pacific Corp. (UNP) | | None | | | Sold | 01/03/19 | J | A | |
| 72.   United Techs Corp.(UTX) | A | Dividend | | | Sold | 10/14/19 | J | A | |
| 73.   Verizon Communications (VZ) | A | Dividend | | | Sold | 10/14/19 | J | A | |
| 74.   American Express Credit(AXP21) | A | Interest | J | T | | | | | |
| 75.   Apple Inc. (AAPL 24) | A | Interest | J | T | | | | | |
| 76.   AT&T Inc. (T21E) | A | Interest | | | Sold | 03/27/19 | J | A | |
| 77.   AT&T Inc. (T27) | A | Interest | J | T | | | | | |
| 78.   Cisco Systems Inc. (CSCO19) | A | Interest | | | Sold | 02/15/19 | J | | |
| 79.   Citigroup Inc. (C25E) | A | Interest | J | T | | | | | |
| 80.   CVS Health Corp. (CVS20A) | A | Interest | K | T | | | | | |
| 81.   Enterprise Products Oper (EPD20A) | A | Interest | J | T | | | | | |
| 82.   Goldman Sachs Group Inc. (GS26O) | A | Interest | J | T | | | | | |
| 83.   Home Depot Inc. (HD21A) | A | Interest | J | T | | | | | |
| 84.   John Deere Capital Corp. (DE19) | A | Interest | | | Sold | 04/17/19 | J | | |
| 85.   Lockheed Martin Corp. (LMT20) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nichols, Carl J.** | 10/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Microsoft Corp. (MSFT45) | A | Interest | J | T | | | | | |
| 87. Morgan Stanley (MS24R) | A | Interest | J | T | | | | | |
| 88. Oracle Corp. (ORCL25F) | A | Interest | J | T | | | | | |
| 89. Shire Acq Inv. Ireland DA (SHPG21) | A | Interest | J | T | | | | | |
| 90. Southern Co. (SO26) | A | Interest | J | T | | | | | |
| 91. Verizon Communications (VZ23) | A | Interest | J | T | | | | | |
| 92. Visa Inc. (V45) | A | Interest | J | T | | | | | |
| 93. Walt Disney Company (DIS22) | A | Interest | J | T | | | | | |
| 94. Wells Fargo & Company (WFC24) | A | Interest | | | Sold | 01/09/19 | J | | |
| 95. BP Capital Markets PLC (BP27B) | A | Interest | J | T | | | | | |
| 96. USD Shell Intl Fin (RDS 18) | A | Interest | J | T | | | | | |
| 97. Berkshire Hathaway Bonds | | None | J | T | Buy | 12/17/19 | J | | |
| 98. PSRP Special Situations Enhanced-Liquidity | A | Dividend | L | T | | | | | |
| 99. PSRP Passive US Equities | A | Dividend | K | T | | | | | |
| 100. PSRP Passive Non-US Equities | A | Dividend | J | T | | | | | |
| 101. PSRP Passive US Bonds | A | Dividend | J | T | | | | | |
| 102. MPPP Special Situations Enhanced-Liquidity | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nichols, Carl J.** | 10/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  MPPP Passive US Equities | A | Dividend | J | T | | | | | |
| 104.  MPPP Passive Non-US Equities | A | Dividend | J | T | | | | | |
| 105.  MPPP Passive US Bonds | A | Dividend | J | T | | | | | |
| 106.  Principal LifeTime 2035 R5 Fund | A | Dividend | K | T | | | | | |
| 107.  Marsh & McLennan Bonds | A | Interest | J | T | Buy | 01/09/19 | J | | |
| 108.  Invesco Emerging Mtk. Debt ETF | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 109.  Invesco Preferred ETF | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 110.  IShares IBOXX Bond ETF | A | Dividend | K | T | Buy | 10/14/19 | K | | |
| 111.  IShares TIPS (Bond) ETF | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 112.  IShares 3-7 year Treasury ETF | A | Dividend | K | T | Buy | 10/14/19 | K | | |
| 113.  IShares MBS (Bond) ETF | A | Dividend | L | T | Buy | 10/14/19 | L | | |
| 114.  IShares IBOXX High Yield ETF | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 115.  IShares Core MSCI (Stock) ETF | A | Dividend | K | T | Buy | 10/14/19 | K | | |
| 116.  IShares TR Core MSCI EAFE ETF | A | Dividend | L | T | Buy | 10/14/19 | L | | |
| 117.  Vaneck Vectors EM Bond ETF | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 118.  Vaneck Small Cap Value ETF | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 119.  Vaneck Small Cap Growth ETF | A | Dividend | K | T | Buy | 10/14/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nichols, Carl J.** | 10/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Value ETF | A | Dividend | M | T | Buy | 10/14/19 | M | | |
| 121. Vangaurd Growth ETF | A | Dividend | M | T | Buy | 10/14/19 | M | | |
| 122. Vanguard Intermediate Bond ETF | A | Dividend | K | T | Buy | 10/14/19 | K | | |
| 123. Vanguard Short-Term Bond ETF | A | Dividend | K | T | Buy | 10/14/19 | K | | |
| 124. Vanguard Intermediate Corp ETF | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 125. XTrackers USD High Yield ETF | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 10/15/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 10/15/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carl J. Nichols**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544